UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON EDUARDO LUQUE FUENTES, | No. 2:26-cv-00663-DJC-AC |
| Petitioner, | ORDER |
| v. | A# 221-492-405 |
| WARDEN, | |
| Respondent. | |

Petitioner Marlon Eduardo Luque Fuentes is an immigration detainee proceeding with a Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2). The Court appointed counsel to assist Petitioner and on March 24, 2026, Petitioner's Counsel filed a Supplemental Brief. (ECF No. 8.) In the Supplemental Brief, Petitioner noted that he had "already been granted voluntary departure[.]" (*Id.* at 3.) The Court ordered a response from the Government and specifically directed Respondents to "provide any documentation evidencing the approval of Petitioner's voluntary departure." (ECF No. 9.) Respondents have now filed a response (ECF No. 11) with which they have also provided the signed documentation of voluntary departure (ECF No. 11-3). Based on

1

the information provided, the Court cannot find that Petitioner has a likelihood of success at this time.

The voluntary departure form, signed by Petitioner and a DHS official, states that Petitioner would be required to depart on or before May 13, 2026.  (*Id.*)  As stated in 8 C.F.R. § 240.25, "[t]he Service may attach to the granting of voluntary departure any conditions it deems necessary to ensure the alien's timely departure from the United States, including the posting of a bond, continued detention pending departure, and removal under safeguards."  There is nothing in the record that indicates the Government agreed to release Petitioner to effectuate his voluntary departure and that the Government granted Petitioner voluntary departure does not necessarily mean Petitioner is not entitled to release.  *See* 8 C.F.R. § 240.25.  As Petitioner is subject to an impending voluntary removal date, the Court cannot presently find that Petitioner has a likelihood of success on his claim that continued detention does not serve a legitimate government interest.

Accordingly, Petitioner's Motion for Temporary Restraining Order (ECF No. 1) is DENIED.  This matter is referred to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:    **April 2, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE